UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANDREW HAMMOND                                                                                    PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 3:09cv388-WHB-LRA

CYCLONE BLASTING SYSTEMS, INC.                                                      DEFENDANT

## AGREED ORDER OF REMAND

COME NOW the parties, by and through their respective counsel and the parties having agreed that it would be appropriate to remand this matter to the Circuit Court of Lincoln County, from whence it was removed, and the Court having been fully advised in the premises does hereby

ORDER ADJUDGE AND DECREE that this matter should be and hereby is remanded to the Circuit Court of Lincoln County, Mississippi.

SO ORDERED this the 13th date of August, 2009.

                                                    s/William H. Barbour, Jr.
                                                    UNITED STATES DISTRICT JUDGE

| Prepared by: | Agreed as to Form: |
|---|---|
| s/ Kenneth S. Womack | /s Ronald L. Whittington |
| KENNETH S. WOMACK | RONALD L. WHITTINGTON |
| **Counsel for Defendant** | **Counsel for Plaintiff** |
| ANDERSON, CRAWLEY, & BURKE, PLLC | Whittington & McGehee |
| P. O. BOX 2540 | P. O. Box 1919 |
| RIDGELAND, MISSISSIPPI 39157 | McComb, MS  39649-1919 |
| Telephone: (601) 707-8791 | Telephone: (601)684-8888 |
| Facsimile:  (601) 977-9975 | Facsimile:  (601)684-9709 |
| KWomack@ACBLaw.com | |